**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1217**

---

JAMES BULL,

                                  Plaintiff - Appellant,

      versus

AVX CORPORATION,

                                  Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. Cameron McGowan Currie, District Judge. (CA-94-2291-4-22JI)

---

Argued: April 9, 1997                       Decided: May 2, 1997

---

Before HALL and MURNAGHAN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ARGUED:** Eugene Noel Zeigler, Jr., ZEIGLER & GRAHAM, Florence, South Carolina, for Appellant. Thomas Allen Bright, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, Greenville, South Carolina, for Appellee. **ON BRIEF:** Ellison F. McCoy, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Bull sued his employer, AVX Corporation, alleging that he had been unlawfully discriminated against on account of his race and national origin by AVX's failure to grant him any of twelve promotions for which he applied during the first six years of his employment. See 42 U.S.C. § 2000e-2(a) (proscribing employers covered by Title VII from discriminating against any individual with respect to his terms or conditions of employment "because of such individual's race . . . or national origin"). AVX's two most recent rejections of Bull's attempts at advancement were the subject of a bench trial before the district court. Bull appeals the court's entry of judgment in favor of AVX on both claims.

We have considered the briefs and arguments of the parties, and we affirm the judgment of the district court for the reasons stated by that court in its memorandum of findings and conclusions accompanying the judgment. James Bull v. AVX Corporation, No. CA-94-2291-4-22JI (D.S.C., January 17, 1996).

AFFIRMED

2